IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
  Plaintiff,
   v.
MARTIN DRAGOVICH, et al.,
  Defendants.

Civil Action No.
1:CV-00-0426

## CERTIFICATE OF NONSERVICE

Service was not made for the following Motion For Voluntary Dismissal because no attorney has made an appearance as of this date.

Date: January 28, 2001

Charles Iseley
Charles Iseley

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
  Plaintiff,

v.

MARTIN DRAGOVICH, et al.,
  Defendants

Civil Action No.
1:CV-00-0426

FILED
HARRISBURG
JAN 31 2001
MARY E. D'ANDREA, C[LERK]
Per_____ DEPUTY CLERK

## MOTION FOR VOLUNTARY DISMISSAL

Plaintiff requests the court for an order directing to dismissal of this action without prejudice.

Date: January 28, 2001

Respectfully submi[tted],

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley
Coal Twp., PA 178[…]