UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
    Plaintiff    :    No. 1:CV-00-0426

vs.

    (Judge Kane)

MARTIN DRAGOVICH, et al.,
    Defendants

FILED
HARRISBURG, PA
FEB 20 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

ORDER

NOW, THIS 20th DAY OF FEBRUARY, 2001, upon consideration of the Plaintiff's Motion for Voluntary Dismissal, IT IS HEREBY ORDERED THAT:

1. Plaintiff's request to dismiss is construed as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i)[1].

2. The plaintiff's motion, (Doc. No. 23) is granted without prejudice.

3. The Clerk of Court is directed to close this

---

1 Federal Rule of Civil Procedure 41(a)(1) provides:
[A]n action may be dismissed by the plaintiff without order of the court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

case.

_____
YVETTE KANE
United States District Judge

YK:dlb