**JUDGE'S COPY**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES ISELEY<br>Plaintiff<br>V.<br>MARTIN DRAGOVICH, et al.,<br>Defendants, | Civil Action No<br>1:CV-00-0426<br><br>FILED<br>HARRISBURG<br>FEB 21 2001<br>MARY E. D'ANDREA, CLERK<br>Per _____<br>DEPUTY CLERK |

<u>MOTION FOR VOLUNTARY DISMISSAL</u>

Plaintiff requests the court for this matter to be dismissed forthwith without prejudice. Plaintiff has already filed motions requesting same but the court refuses to acknowledge them.

Date: February 17, 2001

Respectfully submitted

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley Dr.
Coal Twp, PA 17866

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, : Civil Action No.
Plaintiff, :
v. : 1:CV-00-0426
MARTIN DRAGOVICH, et al., :
Defendants. :

### CERTIFICATE OF NON-SERVICE

I hereby certify that service was not made because no one has made an appearance in this matter.

Date: February 17, 2001

Charles Iseley
Charles Iseley