sealed

26
3/7/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
 :
    Plaintiff :
 :
v. : CIVIL NO. 1:CV-00-0426
 :
MARTIN DRAGOVICH, ET AL., : (Judge Kane)
 :
    Defendants :

FILED
HARRISBURG, PA

MAR 0 6 2001

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

<u>ORDER</u>

In light of the fact that Plaintiff's motion for voluntary dismissal was granted on February 20, 2001, his motion for voluntary dismissal filed February 21, 2001 (Doc. No. 25) is deemed moot.

                                            _____
                                            YVETTE KANE
                                            United States District Judge

DATED: MARCH 6, 2001

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 6, 2001

Re: 1:00-cv-00426   Iseley v. Dragovich

True and correct copies of the attached were mailed by the clerk to the following:

Charles Iseley
SCI-COAL
AM-9320
SCI Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020

cc:
Judge                           ( )           (✓) Pro Se Law Clerk
Magistrate Judge                ( )           ( ) INS
U.S. Marshal                    ( )           ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )    PA Atty Gen ( )
                                        DA of County ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____( )

                                              MARY E. D'ANDREA, Clerk

DATE:    3-6-01                        BY:   _____
                                              Deputy Clerk